1054

THE STATE OF WASHINGTON, *Respondent*, v. JOHN FRANKLIN PRICE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-04708-5, Sharon S. Armstrong, J., entered January 29, 2009. *Reversed* and *remanded* by unpublished opinion per Cox, J., concurred in by Leach, A.C.J., and Ellington, J.

*In the Matter of the Marriage of* SOHEILA BODAGHI, *Respondent*, and MOHAMMED VAHID DANESH-BAHREINI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-3-05665-5, Mariane C. Spearman, J., entered September 29, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Appelwick, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. LANETTE E. SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 07-1-00453-2, Charles R. Snyder, J., entered November 10, 2009. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Leach, A.C.J., and Appelwick, J.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JOSEPH LUMPKIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-03618-3, Bruce E. Heller, J., entered December 18, 2009. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Appelwick, JJ.